IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:23-MJ- 84 |
| | ) | |
| WON OUH, | ) | |
| | ) | Court Date: April 17, 2023 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor E1611196)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 15, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WON OUH, did unlawfully operate a motor vehicle on the premises of a business or governmental property open to the public in such a manner so as to endanger life, limb or property of any person.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-864.)

Count II (Petty E1611195)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 15, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WON OUH, did willfully and wrongfully back her vehicle without first seeing that such movement could be made safely.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-848.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Jacqueline Campione
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: jacqueline.campione@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 12, 2023, a true and correct copy of the Criminal Information was mailed to the defendant.

By: _____
Jacqueline Campione
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: jacqueline.campione@usdoj.gov